IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Walter William Cartwright III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Patricia Youngbird and Marylee Pollman,<br><br>　　　　Defendants. | **ORDER DENYING MOTION FOR STAY AND EXTENDING DEADLINE FOR OBJECTIONS TO THE REPORT AND RECOMMENDATION**<br><br>Case No. 1:23-cv-158 |

　　Plaintiff, a detainee at the Burleigh Morton Detention Center, initiated the above-captioned action pro se and in forma pauperis in August 2023. (Doc. Nos. 1, 2, 6, and 8). The undersigned screened his pleadings as mandated by 28 U.S.C. 1915A and on September 11, 2023, issued an report recommending that this matter be dismissed as res judicata and that Plaintiff be assessed a strike under 28 U.S.C. § 1915(g). (Doc. No. 9).

　　On September 19, 2023, Plaintiff filed a motion to stay litigation. He requests that this matter be stayed indefinitely as he is "having trouble getting indigent stamped envelopes" which is "preventing [him] from getting legal papers to court." (Doc. No. 10).[1]

　　There is nothing presently in the record to suggest that Plaintiff is systematically being denied postage. Consequently, the undersigned is not inclined to stay this matter indefinitely.

　　Plaintiff's motion (Doc. No. 10) is **DENIED**. The undersigned will, however, extend Plaintiff's deadlines for filing objections to the report and recommendation until October 16, 2023.

---

[1] Plaintiff's motion begs the question why he used his postage to send the court a motion to stay as opposed to his objection (assuming he has one) to the undersigned's report and recommendation.

1

**IT IS SO ORDERED.**

Dated this 20th day of September, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court